**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** } | |
| } | |
| vs.   } | Indictment No. 1:11-CR-67 |
| } | |
| **ANDREW SUTTON,** } | |
|     Defendant.   } | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

COMES NOW, Ann Marie Fitz, Attorney at Law, and files this Notice of Appearance on behalf of her client, Andrew Sutton, Defendant in the above-styled action, hereby replacing D. Victor Reynolds as lead counsel.

Submitted this 14th day of April, 2011.

/s/ Ann Marie Fitz
Attorney for Defendant
Ga. Bar No. 066516

P.O. Box 28198
Atlanta, Georgia 30358
(404) 497-9005
(888) 698-7817 (fax)