# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| vs. | } | Indictment No. 1:11-CR-67 |
| | } | |
| ANDREW SUTTON, | } | |
|     Defendant. | } | |

## DEFENDANT'S RENEWED MOTION FOR BOND

COMES NOW the Defendant, Andrew Sutton, by and through undersigned counsel, and files this Renewed Motion for Bond in the above-referenced case, showing the Court as follows:

1.

After hearing on the matter, the Honorable Alan Baverman issued an Order of Detention Pending Trial on April 6, 2011, finding in pertinent part that the Defendant does not have ties to the community.

2.

Defendant has been a resident of the Northern District of Georgia since 1993. He was in Mississippi at the time of his arrest for the purpose of in-patient counseling at the Pinegrove facility. Upon his release, the Defendant intends on continuing in-patient treatment at Ridgeview, located in the Northern District of Georgia.

3.

Moreover, upon completion of his treatment at Ridgeview, the Defendant intends on living and working in the Northern District of Georgia; specifically on a scientific project at Georgia Tech which requires laboratory work and limited contact with others.  It is anticipated that the Defendant's treatment will continue on an out-patient basis during this time.

It is therefore requested that the Court schedule a hearing to consider evidence pertaining to this Renewed Motion for Bond on April 26, 2011 at 10:30 A.M.

Respectfully submitted this 14th day of April, 2011.

/s/ Ann Marie Fitz
Attorney for Defendant
Ga. Bar No. 066516

P.O. Box 28198
Atlanta, Georgia 30358
(404) 497-9005
(888) 698-7817 (fax)

2

## **CERTIFICATE OF SERVICE**

This is to certify that undersigned counsel has electronically the foregoing Renewed Motion for Bond with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to Assistant United States Attorney Jill Steinberg, 600 U.S. Courthouse, 75 Spring Street, SW, Atlanta, Georgia 30303.

Submitted this 14th day of April, 2011.

/s/ Ann Marie Fitz
Attorney for Defendant